IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:09-cv-708-CEH-SPC |
| | ) |
| CHARLES V. CICHORACKI, BRENDA L. CICHORACKI, and LEE COUNTY TAX COLLECTOR, | ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER CONFIRMING SALE AND**
**DIRECTING DISTRIBUTION OF PROCEEDS OF SALE**

This matter came before the Court on Plaintiff United States' Motion for Confirmation of Sale and for Distribution of Proceeds of Sale (Doc. #26), to confirm the sale of the parcel of real property here in issue, located at 2425 York Road, St. James City, Florida 33956, and described as:

> Lot 44, **TRAILERHAVEN,** a subdivision as per the map or plat thereof on file and recorded in the Office of the Clerk of the Circuit Court of Lee County, Florida in Plat Book 12, Page 35, Public Records of Lee County, Florida.

Parcel no. 02-46-22-10-00000.0440.

The Property was sold on March 31, 2011, by the Internal Revenue Service Property Appraisal and Liquidation Specialist (PALS) pursuant to the Order of Foreclosure and Sale (Doc. # 23) entered on July 7, 2010 in this action.

The Court, having reviewed the record, including the United States' Motion for Confirmation of Sale and for Distribution of Proceeds of Sale, finds that the sale was in all respects legally and properly conducted.

Accordingly, it is hereby

(1) **ORDERED** that Plaintiff United States' Motion for Confirmation of Sale and for Distribution of Proceeds of Sale (Doc. #26) **is GRANTED.** The sale of the Property on March 31, 2011, be, and the same hereby is, **CONFIRMED**. It is further

(2) **ORDERED** that the IRS convey by Deed the property at issue to the purchaser, Marilyn Kay Haering. It is further

(3) **ORDERED** that the Clerk of this Court distribute the funds deposited into its registry in this action as follows:

    a. To the United States, in care of its counsel, as reimbursement for expenses incurred in selling the Property: **$2,398.49**.

    b. To the Lee County Tax Collector, for unpaid property taxes: **$8,382.87**.

    c. To the United States, in care of its counsel, the net sales proceeds, for application against the outstanding federal income tax liabilities of Charles and Brenda Cichoracki: **$99,218.64,** plus any interest that has accrued on the sales proceeds deposited with the Court.

**Done and Ordered** in Fort Myers, Florida, this __6th__ day of July 2011.

                                                  SHERI POLSTER CHAPPELL
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:   Counsel of Record
                           Unrepresented Parties